**CALVARY TEMPLE OF MADISON COUNTY, Missouri, a Missouri Non-Profit Corporation, Bill Tesreau and Miriam Tesreau, Sherry Ward, Linda Rood, George Land and Lottie Land, Plaintiffs/Respondents,**

v.

**Ray STATLER and Denise Statler, Defendants/Appellants.**

**No. ED 83867.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 21, 2004.

Albert Lowes, Cape Girardeau, MO, for appellants.

David Mayhugh, Park Hills, MO, for respondents.

Before MARY R. RUSSELL, P.J., WILLIAM H. CRANDALL, JR., and CLIFFORD H. AHRENS, J.

**ORDER**

**PER CURIAM.**

Defendants, Ray Statler and Denise Statler, appeal from the judgment of the trial court enjoining them from operating vehicles on a proposed racetrack in Madison County, Missouri.

We have reviewed the record on appeal and find that the judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. The parties, however, have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).